UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY O'BRIEN,

    Plaintiff,

v                                                           Case No. 21-CV-11715
                                                           Hon. Mark A. Goldsmith

WAL-MART STORES EAST LP,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice. Should the parties wish to replace this order with a different order, they must move to do so within 30 days. The case is now closed.

SO ORDERED.

Dated: April 26, 2023                              s/Mark A. Goldsmith
       Detroit, Michigan                        MARK A. GOLDSMITH
                                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 26, 2023.

                                                     s/Holly Ryan
                                                     Case Manager, in the absence of
                                                     Karri Sandusky